**759 PARKER vs. CIRCUIT JUDGE (Calhoun), 24 M., 407.**

To compel the court to make an order for a perpetual stay of proceedings.

Denied April 4, 1872.

The motion in the court below was founded on affidavits, which set forth that the judgment had been compromised and paid, but the compromise and payment was denied, and the court held that the question could not be determined upon mere affida·vits.

**760 LE ROUX ET AL. vs. CIRCUIT JUDGE (Bay) 46 M., 189.**

To vacate an order staying further prosecution, in the Circuit Court, of a suit brought by relators, and removing the case to the Circuit Court of the United States for the Eastern District of Michigan.

Denied June 8, 1881.

Held, that no order of the Circuit Court for the removal is necessary to complete the transfer after the papers for the removal have been filed, and where such an order has been made in a Circuit Court, the vacation thereof would have no effect upon the cause.

**761 CRANGER vs. CIRCUIT JUDGE (Wayne), 27 M., 405.**

To vacate an order staying proceedings in a common law action commenced in the Wayne Circuit Court for services in fitting out a vessel and as master, for commissions on her earnings, and for certain outlays and expenses, until the final determination of an action in rem against the vessel in the United States Circuit Court.

Granted July 11, 1873.